# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5254**  September Term, 2006

06cv00735

Filed On:

Joseph Dingler,
    Appellant

v.

Prison Litigation Reform Act,
    Appellee



## ORDER

Upon consideration of appellant's motion for extension of time to file motion for leave to proceed in forma pauperis, and the lodged motion for leave to proceed on appeal in forma pauperis, it is

**ORDERED** that the motion for extension of time be granted. It is

**FURTHER ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *(signed)*
Nancy G. Dunn
Deputy Clerk