# United States Court of Appeals
### For The District of Columbia Circuit

No. 06-5254                                              September Term, 2006
                                                                    06cv00735

Filed On:

Joseph Dingler,
   Appellant

   v.

Prison Litigation Reform Act,
   Appellee



**BEFORE:**  Randolph, Garland, and Griffith, Circuit Judges

## ORDER

Upon consideration of the court's order to show cause filed March 6, 2007, and the response thereto, which includes a request for appointment of counsel, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the request for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed as moot. Because appellant has been released from prison, the three-strikes provision of the Prison Litigation Reform Act does not currently apply to any civil actions he might file. See 28 U.S.C. § 1915(g); see also Williams v. Scalleta, 11 Fed. Appx. 677, 678 (8th Cir. 2001). Accordingly, to the extent appellant is seeking habeas or declaratory relief, appellant has not demonstrated any continuing injury, and there is no live case or controversy. See Spencer v. Kemna, 523 U.S. 1, 7 (1998); Qassim v. Bush, 466 F.3d 1073, 1076-77 (D.C. Cir. 2006); Anyanwutaku v. Moore, 151 F.3d 1053, 1057 (D.C. Cir. 1998); see also Preiser v. Newkirk, 422 U.S. 395, 401-03 (1975); Zalawadia v. Ashcroft, 371 F.3d 292, 297 (5th Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

BY: _____ Deputy Clerk